UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMELIA RAVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:09-CV-00008 |
| v. | ) |
| | ) |
| FOREST PHARMACEUTICALS, INC., | ) |
| STEVE PATTERSON, JOEL DUFFEY, | ) |
| and KEVIN TAYLOR, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the Defedants' "Application[s] for Admission to Practice Pro Hac Vice [for Laura B. Staley and Randall S. Thompson]" (documents ##4-5) filed January 13, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 13, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge