# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09-cv-8-RJC-DSC

| | |
|---|---|
| AMELIA RAVAN )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FOREST PHARMACEUTICALS, INC., )<br>STEVE PATTERSON, JOEL DUFFEY )<br>and KEVIN TAYLOR, )<br>    Defendants. )<br>_____) | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on the defendant's Motion to Dismiss Counts III, V, and Parts of I and VI (Doc. No. 9), plaintiff's Response (Doc. No. 13), defendant's Reply (Doc. No. 14), and the magistrate judge's Memorandum and Recommendation ("M&R") (Doc. No. 19), which recommended that the motion be granted in part and denied in part. At a pretrial conference on April 24, 2009, the parties orally waived their rights to file objections to the M&R. The Court has reviewed the M&R and adopts it as the final decision of this Court for the reasons stated below.

I.    STANDARD OF REVIEW

The Federal Magistrate Act provides that a district court "shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); <u>Camby v. Davis</u>, 718 F.2d 198, 198 (4th Cir. 1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" <u>Diamond v. Colonial Life & Accident Ins. Co.</u>, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

II.     CONCLUSION

Accordingly, after a careful review of the record in this case, the Court finds that the magistrate judge's findings of fact are supported by the record and his conclusions of law are consistent with and supported by case law. See Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (holding that only a careful review is required in considering a memorandum and recommendation absent specific objections). Thus, the Court hereby accepts the M&R of Magistrate Judge Cayer and adopts it as the final decision of this Court for all purposes relating to this case.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Dismiss is **GRANTED IN PART and DENIED IN PART**, that is **GRANTED** as to Count I(North Carolina public policy claim) other than the portion alleging wrongful discharge; Count III (Constructive Discharge) to the extent that the claim arises under North Carolina public policy; and the portion of Count VI (Family Medical Leave Act) that alleges interference or failure to restore, and **DENIED** in all other respects.
.

Signed: April 24, 2009

Robert J. Conrad, Jr.
Chief United States District Judge