# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:09-CV-00008-RJC-DSC

| | |
|---|---|
| AMELIA RAVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FOREST PHARMACEUTICALS, INC., ) | |
| STEVE PATTERSON, JOEL DUFFEY ) | |
| and KEVIN TAYLOR ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff Amelia Ravan's motion to seal her Memorandum in Opposition to Summary Judgment, Exhibits J, K, and L. For good cause shown, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: January 15, 2010

David S. Cayer
United States Magistrate Judge